NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ONESUBSEA IP UK LIMITED,**
*Appellant*

**v.**

**FMC TECHNOLOGIES, INC.,**
*Appellee*

---

2017-2437, 2017-2442, 2017-2443, 2017-2444, 2018-1107

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00328, IPR2016-00378, IPR2016-00467, IPR2016-00495, IPR2016-00907.

---

## JUDGMENT

---

BRUCE W. SLAYDEN, II, Slayden Grubert Beard PLLC, Austin, TX, argued for appellant. Also represented by DARRYL J. ADAMS, BRIAN C. BANNER, TRUMAN FENTON; MICHAEL KIKLIS, BRIAN IVERSON, MATTHEW ZAPADKA, Bass, Berry & Sims, PLC, Washington, DC; RICHARD GREGORY PARKER, Nashville, TN.

INDRANIL MUKERJI, Fish & Richardson PC, Washington, DC, argued for appellee. Also represented by RUFFIN

B. CORDELL, MICHAEL J. MCKEON; JOHN A. DRAGSETH, Minneapolis, MN; KENNETH WAYNE DARBY, Austin, TX; JOSHUA GRISWOLD, BRET THOMAS WINTERLE, Dallas, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>June 7, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner</td></tr>
<tr><td></td><td>Clerk of Court</td></tr>
</table>